Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

HYUNDAI STEEL COMPANY,

     **Plaintiff,**

    **v.**

UNITED STATES,

     **Defendant.**

**SUMMONS**
**Court No. 26-02220**

**TO:**   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

    **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Gina Justice**
Clerk of the Court

1.  Plaintiff Hyundai Steel Company is a foreign producer and exporter of cut-to-length carbon-quality steel plate ("CTL plate") from the Republic of Korea. Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A) and was a party to the U.S. Department of Commerce's January 1, 2023 – December 31, 2023 countervailing duty administrative review of Certain Cut-to-Length Carbon-Quality Steel Plate from the Republic of Korea. Plaintiff has standing to commence this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(a)(2)(A)(i)(I).

(Name and standing of plaintiff)

2.  Plaintiff contests aspects of the U.S. Department of Commerce, International Trade Administration's final results of the January 1, 2023 – December 31, 2023 administrative review of the countervailing duty order on *Certain Cut-to-Length Carbon-Quality Steel Plate from the Republic of Korea. See Certain Cut-to-Length Carbon-Quality Steel Plate From the Republic of Korea: Final Results of Countervailing Duty Administrative Review; 2023*, 91 Fed. Reg. 8,180 (Dep't Commerce Feb. 20, 2026).

(Brief description of contested determination)

3. <u>February 17, 2026</u>
   (Date of Determination)

4. Commerce's *Final Results* were published in the *Federal Register* on September
   <u>February 20, 2026</u>
   (If applicable, date of publication in *Federal Register* of notice of contested
   determination)

| | |
|---|---|
| <u>/s/ Brady W. Mills</u><br>Signature of Plaintiffs' Attorney | Name, Firm, Address, Telephone<br>Number and E-mail Address of<br>Plaintiff's Attorney |
| <u>March 17, 2026</u><br>Date | Brady W. Mills<br>Taft Stettinius & Hollister LLP<br>1333 New Hampshire Avenue, NW<br>Suite 800<br>Washington, DC 20036<br>(202) 216-4116<br>bmills@taftlaw.com |

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

### UPON THE UNITED STATES

Attorney-in-Charge
**U.S. Department of Justice**
International Trade Field Office
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Attorney-in-Charge
Director, Civil Division
**U.S. Department of Justice**
Commercial Litigation Branch
1100 L Street, NW, Room 12124
Washington, D.C. 20530

### UPON THE DEPARTMENT OF COMMERCE

General Counsel
**U.S. Department of Commerce**
Mail Stop 5875 HCHB
14th Street & Constitution Avenue, NW
Washington, D.C. 20230

Chief Counsel
**U.S. Department of Commerce**
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
1401 Constitution Ave., NW
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)