**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE CLAIRE R. KELLY, JUDGE**

|  |  |
|---|---|
| HYUNDAI STEEL COMPANY,<br><br>       Plaintiff,<br><br>  and<br><br>GOVERNMENT OF THE REPUBLIC OF KOREA,<br><br>       Plaintiff-Intervenor<br><br>  v.<br><br>UNITED STATES,<br><br>       Defendant,<br><br>  and<br><br>NUCOR CORPORATION,<br><br>       Defendant-Intervenor. | Ct. No. 26-cv-02220-CRK |

**JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE**

Pursuant to Rule 56.2(a) of the Rules of this Court, the parties to this action respectfully submit this Joint Status Report and Proposed Briefing Schedule for Ct. No. 26-02220. This report is being filed within thirty days of the filing of the administrative record. *See* Rule 56.2(a)(5).

1. **Does the court have jurisdiction over the action?**

This appeal challenges certain aspects of the U.S. Department of Commerce's ("Commerce") affirmative final results of the January 1, 2023 to December 31, 2023 administrative review of the countervailing duty ("CVD") order on certain cut-to-length carbon-quality steel plate ("CTL plate") from the Republic of Korea. *See Certain Cut-to-Length*

1

*Carbon-Quality Steel Plate From the Republic of Korea: Final Results of Countervailing Duty Administrative Review; 2023*, 91 Fed. Reg. 8,180 (Dep't Commerce Feb. 20, 2026) ("*Final Results*"), and accompanying Issues and Decision Memorandum.  Plaintiff, Hyundai Steel Company, and Plaintiff-Intervenor, Government of the Republic of Korea, agree that the Court has exclusive jurisdiction over these actions pursuant to 19 U.S.C. § 1516a(a)(2) and 28 U.S.C. § 1581(c).  Defendant, the United States, and Defendant-Intervenor, Nucor Corporation, are unaware of any basis upon which to challenge the Court's jurisdiction at this time.

2.   **Should the case be consolidated with any other case, or should any portion of the case be severed, and the reasons for such severance?**

No.  At this time, the parties are unaware of any case with which this matter should be consolidated and any reason why any portion of this case should be severed.

3.   **Should further proceedings in this case be deferred pending consideration of another case before the court or any other tribunal and the reasons for such deferral?**

No.  The parties are not aware of any reason this case should be deferred pending a decision in another case before this Court or any other tribunal.

4.   **Should the court be aware of any other information at this time?**

The parties are not aware of any other information of which the Court should be aware at this time.

A proposed scheduling order is attached.

Respectfully submitted,

/s/ Brady W. Mills
Brady W. Mills
R. Will Planert
Brady W. Mills
Mary S. Hodgins
Nicholas C. Duffey

**TAFT STETTINIUS & HOLLISTER LLP**
1333 New Hampshire Avenue NW, Suite 800
Washington, D.C. 20036
(202) 216-4116

*Counsel to Plaintiff Hyundai Steel Company*

Dated:  June 25, 2026

3

BRETT A. SHUMATE
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

GEOFFREY M. LONG
Assistant Director

OF COUNSEL:

/s/ Matthew D. Lewis

Brahim Sleiman
Of Counsel
U.S. Department of Commerce
1401 Constitution Avenue, NW
Suite 3622
Washington, DC 20230
(202) 875-3291
Email: brahim.sleiman@trade.gov

Matthew D. Lewis
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 880-6321
Matthew.Lewis@usdoj.gov

Dated: June 25, 2026

*Attorneys for Defendant*

4

5

/s/ Yujin K. McNamara
Yujin K. McNamara
Daniel M. Witkowski
Sung Un K. Kim
Jooyoun Jeong

**Akin Gump Strauss Hauer & Feld, LLP**
2001 K Street, NW
Washington, DC 20006
(202) 887-4347
ymcnamara@akingump.com

Dated:  June 25, 2026

*Counsel to Plaintiff-Intervenor Government of the Republic of Korea*

/s/ Alan H. Price
Alan H. Price, Esq.
Christopher B. Weld, Esq.
Maureen E. Thorson, Esq.
Derick G. Holt, Esq.
Enbar Toledano, Esq.
Adam M. Teslik, Esq.
Theodore P. Brackemyre, Esq.
Paul A. Devamithran, Esq.

**Wiley Rein LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-3375
aprice@wiley.law

Dated:  June 25, 2026                *Counsel to Defendant-Intervenor Nucor*
                                     *Corporation*

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE CLAIRE R. KELLY, JUDGE**

| | |
|---|---|
| HYUNDAI STEEL COMPANY,<br><br>        Plaintiff,<br><br>  and<br><br>GOVERNMENT OF THE REPUBLIC OF KOREA,<br><br>        Plaintiff-Intervenor<br><br>  v.<br><br>UNITED STATES,<br><br>        Defendant,<br><br>  and<br><br>NUCOR CORPORATION,<br><br>        Defendant-Intervenor. | Ct. No. 26-02220 |

**SCHEDULING ORDER**

Upon consideration of the parties' Joint Status Report and Proposed Briefing Schedule and pursuant to U.S. Court of International Trade Rules 16 and 56.2, it is hereby:

**ORDERED** that the briefing of this action shall proceed in accordance with the schedule and word limitations set forth below:

| Submission | Deadline | Words |
|---|---|---|
| Plaintiff's motion for judgment on the agency record | Monday, August 24, 2026 | 14,000 |
| Plaintiff-intervenor's motion for judgment on the agency record | Wednesday, September 9, 2026 | 7,000 |
| Defendant's response to motions for judgment on the agency record | Monday, November 9, 2026 | 14,000 |
| Defendant-intervenor's response to motions for judgment on the agency record | Tuesday, November 24, 2026 | 7,000 |
| Plaintiff's reply brief in support of motions for judgment on the agency record | Tuesday, December 22, 2026 | 7,000 |
| Plaintiff-intervenor's reply brief in support of motions for judgment on the agency record | Monday January 11, 2027 | 4,000 |
| Joint appendix | Monday, January 25, 2027 | Not Applicable |
| Motions for oral argument, if any | Monday, February 1, 2027 | Not Applicable |

The briefs submitted by plaintiff-intervenor and defendant-intervenor shall not repeat

arguments made in the plaintiff's and defendant's briefs, respectively.

**SO ORDERED.**

Claire R. Kelly, Judge

Dated: _____, 2026
        New York, NY