## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| **HYUNDAI STEEL COMPANY,** |  |
|     **Plaintiff,** |  |
| **and** |  |
| **GOVERNMENT OF THE REPUBLIC OF KOREA,** |  |
|     **Plaintiff-Intervenor,** | **Before: Claire R. Kelly, Judge** |
| **v.** | **Court No. 26-02220** |
| **UNITED STATES,** |  |
|     **Defendant,** |  |
| **and** |  |
| **NUCOR CORPORATION,** |  |
|     **Defendant-Intervenor.** |  |

## <u>ORDER</u>

Upon consideration of the parties' joint status report and proposed briefing schedule, <u>see</u> ECF No. 27, it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that:

1.  Plaintiff shall file its motion for judgment on the agency record and accompanying initial briefs of up to 14,000 words on or before Monday, August 24, 2026;

2.  Plaintiff-Intervenor shall file its motion for judgment on the agency record and accompanying initial briefs of up to 7,000 words on or before Wednesday, September 9, 2026;

3.      Defendant shall file its response brief of up to 14,000 words on or before Monday, November 9, 2026;

4.      Defendant-Intervenor shall file its response brief of up to 7,000 words on or before Tuesday, November 24, 2026;

5.      Plaintiff shall file its reply brief of up to 7,000 words on or before Tuesday, December 22, 2026;

6.      Plaintiff-Intervenor shall file its reply brief of up to 4000 words on or before Monday, January 11, 2027;

7.      Plaintiff shall file the Joint Appendix, including the entire confidential record, on or before Monday, January 25, 2027; and

8.      Any requests for oral argument shall be filed on or before Monday, February 1, 2027.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated:      June 25, 2026
            New York, New York